**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **OTABEK SAMIEV,** | : | |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | **Civ. No. 26-06509** |
| | : | |
| **J.L. JAMISON, *et al.*,** | : | |
| **Respondents.** | : | |

**ORDER**

**AND NOW**, this 9th day of September, 2026, it is hereby **ORDERED** that Respondents **SHALL** respond to Petitioner's Petition for Writ of Habeas Corpus (Doc. No. 1) on or before September 15th, 2026, at 12:00 p.m.

**BY THE COURT:**

*/s/ Paul S. Diamond*

**PAUL S. DIAMOND, J.**